# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151343-4(57)

BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellee,

v

MICHIGAN ASSIGNED CLAIMS FACILITY,
      Defendant-Appellant.

SC: 151343-4
COA: 317864, 317866
Kalamazoo CC: 2012-000600-NF

_____/

      On order of the Chief Justice, the motion of plaintiff-appellee to adjourn the case from the April 2016 case call is GRANTED. The Clerk is directed to schedule the case for oral argument at a future session of the Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2016



Clerk